UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-22729-JB

CARLOS BRITO,

    Plaintiff,

v.

SABRINA SHARIEF, SHAHIN HASSAN
and 420 ENTERPRISE, INC. d/b/a
STOP 'N GO SUPERMARKET,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, CARLOS BRITO, and Defendants, SABRINA SHARIEF, SHAHIN HASSAN and 420 ENTERPRISE, INC. d/b/a STOP 'N GO SUPERMARKET hereby advise the Court that these parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this August 13, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:   ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

/s/ *Raul R. Lopez*
RAUL R. LOPEZ. ESQ.
Fla. Bar No.: 705667
GASTESI LOPEZ & MESTRE, PLLC.
8105 NW 155th Street
Miami Lakes, Florida 33016
Telephone No. 305-818-0117
E-Mail: lopez@glmlegal.com
*Attorney for Defendant,* 420 ENTERPRISE, INC. d/b/a STOP 'N GO SUPERMARKET

/s/ *Mohammad Siddiqi*
MOHAMMAD SIDDIQI, ESQ.
Florida Bar No.: 78416
THE SIDDIQI LAW FIRM, P.A.
12039 SW 132nd Court, Suite 30
Miami, Florida 33186
Telephone: (305) 676-5700
Email:   epleadings@gmail.com
*Attorney for Defendants,* SABRINA SHARIEF, SHAHIN HASSAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this August 13, 2024.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 W. Flagler Street, Suite 104

Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com


By: ___/s/ Anthony J. Perez_____
     ANTHONY J. PEREZ