## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-22729-JB

CARLOS BRITO,

        Plaintiff,

v.

SABRINA SHARIEF, SHAHIN HASSAN
and 420 ENTERPRISE, INC. d/b/a
STOP 'N GO SUPERMARKET,

        Defendants.

_____/

## **JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE**

      Plaintiff, CARLOS BRITO, ("Plaintiff"), and Defendants, SABRINA SHARIEF, SHAHIN HASSAN and 420 ENTERPRISE, INC. d/b/a STOP 'N GO SUPERMARKET ("Defendants"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

      STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

 Respectfully submitted on September 3, 2024.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
ANTHONY J. PEREZ LAW GROUP, PLLC
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Email:   ajp@ajperezlawgroup.com
*Attorney for Plaintiff*

/s/ *Raul R. Lopez*
RAUL R. LOPEZ. ESQ.
Fla. Bar No.: 705667
GASTESI LOPEZ & MESTRE, PLLC.
8105 NW 155th Street
Miami Lakes, Florida 33016
Telephone No. 305-818-0117
E-Mail: lopez@glmlegal.com
*Attorney for Defendant, 420 ENTERPRISE, INC. d/b/a STOP 'N GO SUPERMARKET*

/s/ *Mohammad Siddiqi*
MOHAMMAD SIDDIQI, ESQ.
Florida Bar No.: 78416
THE SIDDIQI LAW FIRM, P.A.
12039 SW 132nd Court, Suite 30
Miami, Florida 33186
Telephone: (305) 676-5700
Email:   epleadings@gmail.com
*Attorney for Defendants,* SABRINA SHARIEF, SHAHIN HASSAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on September 3, 2024.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.